McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SATNAM SINGH, | CIV.S-08-2366 FCD EFB |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in the execution of his I-824 application and the processing of his family's immigrant visa applications by the United States Department of State and the United States Citizenship and Immigration Services. The government respectfully requests an extension of time in which to file its answer to the complaint, toward the end of reaching an administrative resolution to the matter. The parties stipulate to a 60-day extension, until February 15, 2009.

Dated: December 15, 2008

                McGREGOR W. SCOTT
                United States Attorney


            By: /s/Audrey Hemesath
                Audrey B. Hemesath
                Assistant U.S. Attorney
                Attorneys for the Defendants

By: /s/ Jagdip S. Sekhon
Jagdip S. Sekhon
Attorney for the Plaintiffs

## **ORDER**

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on February 15, 2009.

IT IS SO ORDERED.

Dated: December 16, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE