LAWRENCE BROWN
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATNAM SINGH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary of )<br>Homeland Security, et al. )<br>)<br>Defendants. )<br>_____ ) | No. 2:08-CV-2366 FCD EFB<br><br>SECOND JOINT STIPULATION AND<br>ORDER RE: EXTENSION OF TIME |

This is an immigration case in which plaintiff has challenged the delay in the execution of his I-824 application and the processing of his family's immigrant visa applications by the United States Department of State and the United States Citizenship and Immigration Services. The parties have previously stipulated to one extension of time, until February 15, 2009, for the government to file its answer to the complaint. In the time that has passed, consular processing of the visa applications has begun overseas. Because of the likelihood that this matter will shortly be resolved on the administrative level, the parties stipulate to a second extension of time, until April 15, 2009, for the filing of the government's answer.


Dated: February 10, 2009

                                            LAWRENCE BROWN
                                            Acting United States Attorney


                              By:    /s/Audrey Hemesath

1
2
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

3
4
By:   /s/ Jagdip S. Sekhon
Jagdip S. Sekhon
Attorney for the Plaintiffs

5
6
7
8
## **ORDER**

9   Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

10   ORDERED that the defendants' Answer is due on APRIL 15, 2009.

11   IT IS SO ORDERED.

12
13   DATED: February 10, 2009

14                        FRANK C. DAMRELL, JR.
15                        UNITED STATES DISTRICT JUDGE