LAWRENCE BROWN
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SATNAM SINGH, <br><br> Plaintiff, <br><br> v. <br><br> Michael Chertoff, Secretary of Homeland Security, et al. <br><br> Defendants. | No. 2:08-CV-2366 FCD EFB <br><br> THIRD JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |

This is an immigration case in which plaintiff has challenged the delay in the execution of his I-824 application and the processing of his family's immigrant visa applications by the United States Department of State and the United States Citizenship and Immigration Services. The parties have previously stipulated to two extensions of time, until April 13, 2009, for the government to file its answer to the complaint. At the time of the filing of the last extension request, consular processing had begun overseas. This consular processing has progressed, but at the time of this filing is not yet complete. Because of the likelihood that this matter will shortly be resolved on the administrative level, the parties stipulate to a third extension of time, until August 15, 2009, for the filing of the government's answer.

Dated: April 8, 2009

                                        LAWRENCE BROWN
                                        Acting United States Attorney

By:  /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By:  /s/ Jagdip S. Sekhon
Jagdip S. Sekhon
Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on August 15, 2009.

IT IS SO ORDERED.

DATED: April 8, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE