1  LAWRENCE BROWN
   Acting United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2729

5  Attorneys for Defendants

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE
                      EASTERN DISTRICT OF CALIFORNIA
8

9  SATNAM SINGH,                    )    No. 2:08-CV-2366 FCD EFB
                                    )
10         Plaintiff,               )    FOURTH JOINT STIPULATION AND
                                    )    ORDER RE: EXTENSION OF TIME
11     v.                           )
                                    )
12 MICHAEL CHERTOFF, SECRETARY      )
   OF HOMELAND SECURITY, et. al.,   )
13                                  )
           Defendants.              )
14 _____)

15

16     This is an immigration case in which plaintiff has challenged the delay in the execution of

17 his I-824 application and the processing of his family's immigrant visa applications by the

18 United States Department of State and the United States Citizenship and Immigration Services.

19 The parties have previously stipulated to three extensions of time, until August 14, 2009, for the

20 government to file its answer to the complaint.  At the time of the filing of the last extension

21 request, consular processing of the applications had progressed but not been completed.  As of

22 the time of this filing, the Department of State is awaiting further documentation from the

23 applicants.  It is anticipated that this documentation will be submitted and the processing

24 completed within an additional 60 days.  Because of the likelihood that this matter will shortly

25 be resolved on the administrative level, the parties stipulate to a fourth extension of time, until

26 October 15, 2009, for the filing of the government's answer.

27 / / /

28 / / /

                                     -1-

Dated: August 11, 2009

                                    LAWRENCE BROWN
                                    Acting United States Attorney


                          By:    /s/Audrey Hemesath
                                 Audrey B. Hemesath
                                 Assistant U.S. Attorney
                                 Attorneys for the Defendants


                          By:    /s/ Jagdip S. Sekhon
                                 Jagdip S. Sekhon
                                 Attorney for the Plaintiffs




                              ORDER

    Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

ORDERED that the defendants' Answer is due on October 15, 2009.

    IT IS SO ORDERED.

DATED:  August 14, 2009

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE