LAWRENCE BROWN
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATNAM SINGH, | No. 08-cv-S-2366 FCD EFB |
| Plaintiff, | FIFTH JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in the execution of his I-824 application and the processing of his family's immigrant visa applications by the United States Department of State and the United States Citizenship and Immigration Services. The parties have previously stipulated to four extensions of time, until October 15, 2009, for the government to file its answer to the complaint. At the time of the filing of the last extension request, the Department of State was awaiting further documentation from the applicants. The parties have continued communication throughout this extension period, and at the time of this filing, the Department of State is again awaiting further documentation from the applicants. It is anticipated that this documentation will be submitted and the processing completed within an additional 60 days. Because of the likelihood that this matter will shortly be resolved on the administrative level, the parties stipulate to a fifth extension of time, until December 15, 2009, for the filing of the government's answer.

Dated: October 8, 2009

                                                    LAWRENCE BROWN
                                                    United States Attorney

                          By:     <u>/s/Audrey Hemesath</u>
                                 Audrey B. Hemesath
                                 Assistant U.S. Attorney
                                 Attorneys for the Defendants

                          By:     <u>/s/ Jagdip S. Sekhon</u>
                                 Jagdip S. Sekhon
                                 Attorney for the Plaintiffs

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on December 15, 2009.


IT IS SO ORDERED.


DATED:    October 8, 2009

                                          _____
                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE